AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM SCOTT KELLY a/k/a "DaWokeFarmer" | **FILED UNDER SEAL PURSUANT TO ORDER**<br><br>Case No. 26-mj-40 DLM |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
<u>     WILLIAM SCOTT KELLY a/k/a "DaWokeFarmer"     </u>
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment     ___ Superseding Indictment     ___ Information     ___ Superseding Information     _X_ Complaint
___ Probation Violation Petition     ___ Supervised Release Violation Petition     ___ Violation Notice     ___ Order of the Court

Conspiracy Against Rights to Free Exercise of Religion Secured by FACE Act, in violation of 18 U.S.C. § 241, 248(a)(2)

*[handwritten: NO PROBABLE CAUSE - DLM]*

Date: <u>1/20/26</u>

<u>                                   </u>
*Issuing officer's signature*

City and State: <u>St. Paul, MN</u>

Douglas L. Micko
<u>United States Magistrate Judge</u>
*Printed Name and Title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*